IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DAVID VIVES<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD PRUSAN, HIS WIFE JANE DOE AND THE PRUSAN/DOE CONJUGAL PARTNERSHIP,<br><br>LUIS F. SANTIAGO, HIS WIFE JANET DOE, AND THE SANTIAGO/DOE CONJUGAL PARTNERSHIP, JOHN DOE 1-5,<br><br>Defendants. | CIVIL ACTION NO. 23-      (      )<br><br>EVICTION<br><br>ILLEGAL APPROPRIATION<br><br>UNJUST ENRICHMENT<br><br>DEBT COLLECTION<br><br>DAMAGES<br><br>PLAINTIFF DEMANDS JURY TRIAL |

## **COMPLAINT**

**TO THE HONORABLE COURT:**

COMES NOW the Plaintiff, represented by the undersigned counsel and very respectfully ALLEGES, SETS FORTH and PRAYS:

## **PARTIES**

**Plaintiff**

1. Plaintiff David Vives ("Vives") is of legal age, single and resident of 43 Somerset Dr., Willingboro, NJ 08046. His phone number is 609.781.3475.

**Defendants**

2. Codefendants Richard Prusan, Jane Doe and the Prusan/Doe conjugal partnership are of legal age, married and residents of Texas, US. Their phone number is 404.293.5467 and their email address is "richard.prusan@inlandseafood.com".

1

3. Codefendants Luis F. Santiago, Janet Doe and the Santiago/Doe conjugal partnership are of legal age and residents of 40 Alturas de Pineiro, Barrio Rincón, Cayey, Puerto Rico 00736-9319. Their phone number is 787.649.0568.

4. John Doe 1-5 are persons that are liable Plaintiff for his damages and whose identities are unknown.

## JURISDICTION AND VENUE

5. This Court has diversity jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §§ 1332 because all parties are residents of different states and the amount is controversy exceeds $75,000.

6. Venue is proper in the District of Puerto Rico. A substantial part of the events, or omissions, giving rise to Plaintiffs' claims occurred in Puerto Rico. 28 U.S.C. §1391(a)(2). Defendants transacted their affairs in Puerto Rico. 18 U.S.C. §1965(a).

## FACTS

7. On June 18th, 1962 María Esther Sánchez Ramos ("Sánchez") gave birth to Plaintiff who is her only son and heir.

8. Around 1980, Sánchez married Jerry Prusan Narby ("Prusan").

9. On August 30th, 1997 Sanchez' father, Modesto Sánchez Ayala purchased 5.230 acres located at 40 Alturas de Pineiro, Barrio Rincón, Cayey, Puerto Rico 00736-9319.

10. Around 1999, when he died, Sanchez and her siblings inherited the property by judicial resolution in civil # G2CI199900754.

11. On December 15th, 2001 Sánchez' siblings donated their interest in said property to Sanchez by deed #289 about donation of hereditary assets, issued by Cesar A. Vélez Miranda in Cayey, Puerto Rico. It was presented to the Registrar on May 13th, 2010.

12. On November 9th, 2010, Sánchez died without leaving a will and therefore, Plaintiff Vives is her only heir. Although her husband was alive at the moment, he only inherited the widow usufruct.

13. When Sanchez died, Prusan left the property and rented it to codefendants Santiago, Janet Doe and the Santiago/Doe conjugal partnership who have illegally occupied the property ever since without paying rent to Plaintiff and without his permission.

14. Upon information and belief, codefendants Santiago, Janet Doe and the Santiago/Doe conjugal partnership have paid rents to Prusan and to his son codefendant Richard Prusan. Pusan and Defendant Richard Prusan unjustly enriched themselves with the rent that should have been paid to Plaintiff.

15. On December 2021, Prusan died.

16. On 2022 Plaintiff commenced proceedings to claim his inheritance. Plaintiff requested Defendant Richard Prusan to provide Prusan's death certificate which Plaintiff needs to proceed in state court to obtain title to his inheritance which is the property at issue.

17. Defendant Richard Prusan has refused to cooperate and Plaintiff has not been able to obtain title to his property which is worth in excess of $150,000.

## CAUSES OF ACTION

**Eviction**

18. As codefendants Santiago are illegally occupying the property, Plaintiff requests an order of eviction.

**Illegal appropriation**

19. Codefendants Richard Prusan and Santiago have illegally appropriated Plaintiff's property which value is estimated at no less than $150,000. They have the intention of

permanently appropriating the property and falsely claim to have legal title to the same, but have failed to provide it to Plaintiff.

**Unjust enrichment**

20. As Prusan and Defendant Richard Prusan engaged in unjust enrichment of earnings that Plaintiff should have earned, they have to return all of those funds to Plaintiff. The amount is estimated at no less than $200,000, corresponding to rents from 2001 to the present.

**Debt collection**

21. Codefendants Santiago are not paying rent to Plaintiff. Therefore, they owe rent to Plaintiff in excess of $200,000.

**Damages**

22. The facts stated above give rise to a state tort action. The defendants are, therefore, also liable to the plaintiff under Article 1536 the Civil Code of Puerto Rico ("CCPR"), for all damages that their negligent, or intentional, actions have caused and continue to cause upon the plaintiff, as aforementioned.

23. Plaintiff has suffered mental, moral, physical and emotional damages because he has experience fear that codefendants will deprive him of his property. Pursuant to Article 1536, Defendants are liable to Plaintiff for his damages.

24. As a direct and proximate result of the negligent actions of the codefendants, as above described, the plaintiff has suffered damages. Therefore, the Defendants are jointly liable to the plaintiff for the payment of **compensatory damages** consequent to their actions. Judgment is sought for compensatory damages in the amount of $200,000 for Plaintiff's damages.

## PRAYER FOR RELIEF

25. All codefendants are jointly liable for Plaintiff's damages.

26. Plaintiff requests that the Honorable Court:

    a. order the eviction of the illegal occupants of the property;

    b. order codefendant Richard Prusan to cooperate and provide the death certificate of his father, and;

    c. order codefendants to pay to Plaintiff the amounts requested.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

DATED this May 12th, 2023.

Respectfully submitted,

*S/José R. Olmo-Rodríguez*
José R. Olmo-Rodríguez
USDC PR 213405
261 Ave. Domenench, SJ PR 00918
787.758.3570/jrolmo1@gmail.com