**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| DAVID VIVES, | CIVIL ACTION NO.  23-1240 (PAD) |
| Plaintiff, | EVICTION, ILLEGAL APPROPRIATION |
| v. | UNJUST ENRICHMENT, DEBT COLLECTION |
| RICHARD PRUSAN, et al., | DAMAGES |
| Defendants. | PLAINTIFF DEMANDS JURY TRIAL |

**SECOND MOTION FOR ENTRY OF DEFAULT**

**TO THE HONORABLE COURT:**

COMES NOW the Plaintiff, represented by the undersigned counsel and very respectfully ALLEGES, SETS FORTH and PRAYS:

1. On May 7, 2024, Plaintiff served interrogatories on defendants Tracy M. Unrue ("Unrue") and Luis F. Santiago Meléndez ("Santiago"). As we did not receive answers to the discovery requests, on June 6, 2024, we invited counsel for defendants to confer on June 7, 2024. As we did not receive any answer to our invitation, on June 7, 2024, we invited counsel for defendants to confer on June 10, 2024. As we did not receive any answer to our second invitation to confer, on June 10, 2024, we communicated with counsel Maldonado about the matter. However, by June 13, 2024, we still had not received the requested discovery and we sent a communication to counsel informing that that we would seek the court's assistance if we did not receive the responses to our discovery requests by June14, 2024.

2. On June 18, 2024, we requested the Honorable Court to compel defendants to answer the discovery requests. The Honorable Court ordered defendants to comply with the discovery requests by June 25, 2024.

3. But once again, the defendants failed to comply with the order and plaintiff filed a motion requesting the entry of default against defendants. As a result, on June 27, 2024, the Honorable Court ordered that "Defendants shall comply with the court's directives and respond to the motion at Docket No. 16 by July 2, 2024. Also, by that date, they shall respond to the motion at Docket No. 18. Failure to comply may result in granting the requests made in those motions and/or sanctions".

4. Once again, the defendants failed to comply with another order of this Honorable Court unreasonably stalling the whole case.

5. David Vives is an elderly sick man who, recently, lost his home because he was hospitalized and could not work. He is currently living at a shelter. The only home that Vives owns is the subject of this complaint and defendants live on it illegally. As an excuse for their illegal acts, the defendants allege that Vives' stepfather, Jerry Prusan, left one third of his state to defendants Santiago and Unrue, but to this date they have not even provided Prusan's will which defendants informed in the initial disclosures that was Deed number 3, of February 26, 2019, before the Public Notary Luis Alberto Pabon Santiago.

6. Notwithstanding, Vives' mother, Maria Esther Sanchez, inherited the property at issue, and, according to the Civil Code in effect in 2010 when she died, Vives inherited all of his mother's state as her only son. Her husband, Prusan, did not inherit any part of the property as her husband, but only the widow usufruct. Even if Vives' stepfather, Prusan, left a third of his state to defendants, as the property was inherited by Vives, defendants have no right to occupy it. Vives needs urgently to resolve this matter to be able to have a home.

7. In light of defendants Santiago and Unrue's repeated failure to comply with their discovery obligations and repeated failure to obey the orders of this Honorable Court, we request that

2

the Honorable Court grant default judgement as to defendants Santiago and Unrue in relation to the eviction cause of action and that they be ordered to leave the property immediately to allow plaintiff to occupy his only home. Additionally, we request that the Honorable Court order the entry of default as to defendants Santiago and Unrue in relation to the claims for illegal appropriation, debt collection, unjust enrichment and damages and that the case be set for trial.

8. WHEREFORE, the plaintiff, respectfully, requests that the Honorable Court grant this motion entering a default judgment as to defendants Santiago and Unrue in relation to the eviction cause of action and that they be ordered to leave the property immediately to allow plaintiff to occupy his only home. Additionally, we request that the Honorable Court order the entry of default as to defendants Santiago and Unrue in relation to the claims for illegal appropriation, debt collection, unjust enrichment and damages and that the case be set for a prompt trial.

Respectfully submitted, this July 3rd, 2024, in San Juan, Puerto Rico.

I HEREBY CERTIFY that on this date, I electronically filed this document with the Clerk of Court using PACER, which will send a notice of such filing to all attorneys of record in this case.

S/Jose R. Olmo-Rodríguez
José R. Olmo-Rodríguez
USDC PR 213405
261 Ave. Domenech SJ PR 00918
787.758.3570/jrolmo1@gmail.com