# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**DAVID VIVES,**

    **Plaintiff,**

       **v.**　　　　　　　　　　　**CIVIL NO. 23-1240 (PAD)**

**RICHARD PRUSAN; ET. AL.,**

    **Defendants.**

## JUDGMENT

In accordance with the Order issued today (Docket No. 42), judgment is hereby entered administratively closing this case.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of January, 2025.

                                            s/Pedro A. Delgado-Hernández
                                            PEDRO A. DELGADO-HERNÁNDEZ
                                            United States District Judge